IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANTHONY LAWAN THURMAN, SR.**                                                      **PLAINTIFF**

v.                                                                **CIVIL ACTION NO.: 4:20-cv-100-MPM-RP**

**ANDREW M. SAUL,**
**Commissioner of Social Security**                                                    **DEFENDANT**

## ORDER

Having considered the Defendant's Unopposed Motion to Remand, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that this case be **REVERSED and REMANDED** for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SIGNED this 26th day of May, 2021.

                                             **/s/ Michael P. Mills**
                                             **UNITED STATES DISTRICT JUDGE**
                                             **NORTHERN DISTRICT OF MISSISSIPPI**